# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2022

Your ref  21-cv-08293

Our ref  USS024.1056608

# Kennedys

**Via ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

570 Lexington Avenue
8th Floor
New York, NY 10022
USA

t +1 212.252.0004
f +1 212.832.4920

kennedyslaw.com

t +1 646.625.3963

ann.odelson@kennedyslaw.com

September 19, 2022

**Re:   Zurich American Insurance Company v. Harleysville Insurance Company
Case No.: 1: 21-cv-08293-VEC**

Dear Judge Caproni:

We represent the defendant, Harleysville Insurance Company, in the above-referenced matter. We write jointly with plaintiff Zurich American Insurance Company in accordance with Your Honor's Order of August 10, 2022 [ECF Doc. No. 33] to provide a joint status update concerning this matter.

The parties are very close to reaching an agreement that would result in the resolution of this matter. The parties anticipate that this resolution will likely be reached within the next 30 days. As such, we request that this Court continue to adjourn the next conference sine die.

Thank you for your consideration to this request.

Yours sincerely,

/s/ Ann Odelson

Ann Odelson

cc:   All parties of record (via ECF)

09/19/2022

---

Pursuant to the Court's order on August 10, 2022, the post-fact discovery status conference has been adjourned *sine die*. The parties are directed to submit a joint status update by no later than **October 19, 2022**.

SO ORDERED.

*[signature]*                                             09/19/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

Kennedys is a trading name of Kennedys CMK LLP. Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

**Kennedys offices, associations and cooperations:** Argentina**,** Australia, Belgium, Bermuda, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel**,** Italy, Mexico, New Zealand, Northern Ireland, Norway, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Russian Federation, Scotland, Singapore, Spain, Sweden, Thailand, United Arab Emirates, United States of America.

66148806.1